UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CAROLYN A. SPICER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV679 HEA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on plaintiff's Motion for Dismissal Without Prejudice, [Doc. # 9]. The Court referred this matter to United States Magistrate Judge Frederick R. Buckles for a report and recommendation on all pretrial matters pursuant to 28 U.S.C. § 636(b). On August 24, 2005, Judge Buckles filed his Report and Recommendation that plaintiff's Motion be granted. No objections to the recommendation have been filed by either party.

The Court will adopt and sustain Judge Buckles' Recommendation of August 24, 2005.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed without

prejudice.

Dated this 8th day of September, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE